## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

THOMAS ABBOTT; *et al.*                                                                                   PLAINTIFFS

v.                                                      4:12CV00726-BSM

FIRST STUDENT INC.                                                                                        DEFENDANT


ALONZO BENNETT; *et al.*                                                                                  PLAINTIFFS

v.                                                      4:12CV00798-BSM

FIRST STUDENT INC.                                                                                        DEFENDANT

### ORDER SETTING SETTLEMENT CONFERENCE

Chief United States District Judge Brian S. Miller has referred this case to the undersigned magistrate judge for a settlement conference.

1. By **12:00 p.m. on January 21, 2014,** Plaintiffs' counsel shall submit a written demand containing <u>itemized damages</u> to defense counsel. Damages must be viable claims under the law.

2. By **12:00 p.m. on January 27, 2014**, defense counsel shall submit a written offer to Plaintiff's counsel <u>explaining why</u> such a settlement is appropriate.

3. If settlement is not reached on your own, Plaintiffs' counsel shall fax (501-604-5378) or email (Anita_Lee@ared.uscourts.gov and Joe_Volpe@ared.uscourts.gov) the demand and offer to Judge Volpe by **12:00 p.m. on January 31, 2014**. Do not file on the court docket.

4. <u>Parties with settlement authority are expected to attend</u>.

5. The settlement conference is scheduled for **Tuesday, February 4, 2014, at 9:00 a.m.** in Courtroom 2C of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 15th day of January, 2014

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE