**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ABBOTT et al.**                                                                                **PLAINTIFFS**

**v.**                              **CASE NO. 4:12CV00726 BSM**

**FIRST STUDENT**                                                                            **DEFENDANT**


**BENNETT et al.**                                                                              **PLAINTIFFS**

**v.**                              **CASE NO. 4:12CV00798 BSM**

**FIRST STUDENT**                                                                            **DEFENDANT**

**ORDER**

Pursuant to the parties' joint stipulation of settlement [*Abbott*, Doc. No. 111; *Bennett*, Doc. No. 114] this case is hereby dismissed with prejudice.

Defendant shall bear its own attorneys' fees and costs.  Plaintiffs have thirty days from the date of this order to file a motion for attorneys' fees and costs.  Defendant has until September 10, 2014, to respond to the motion for fees; and plaintiffs will have until September 24, 2014, to reply.  The parties shall continue their discussions with United States Magistrate Judge Joe J. Volpe to resolve the issue of attorneys' fees and costs regarding the above captioned cases and *Douglas, et al. v. First Student*, Case No. 4:09CV0652 BSM.

IT IS SO ORDERED this 16th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE